```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

DARREN WITHERSPOON,            :
a/k/a DARREN KIRKLAND,         :
                               :   Civil Action No. 06-28 (RBK)
          Plaintiff,           :
                               :
     v.                        :      **ORDER**
                               :
TROOPER C. SCOTT,              :
Badge #6119, et al.,           :
                               :
          Defendants.          :

    For the reasons expressed in the Court's Opinion filed herewith,

    It is on this ___19th___ day of ___May___, 2006,

    ORDERED that, pursuant to 28 U.S.C. § 1915(a) and (b), plaintiff's application to proceed in forma pauperis is hereby granted; and it is further

    ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail on the Attorney General for the State of New Jersey and on the Warden of the Camden County State Correctional Facility; and it is further

    ORDERED that plaintiff is assessed a filing fee of $250.00 which shall be deducted from his prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

    ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $250.00 fee is paid, each month that the amount in plaintiff's prison account exceeds $10.00, the agency having custody of

plaintiff shall assess, deduct from his account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to plaintiff's prison account, with each payment referencing the civil docket number of this action; and it is further

ORDERED that Complaint is DISMISSED in its entirety, without prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

                                        s/Robert B. Kugler
                                        ROBERT B. KUGLER
                                        United States District Judge